IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP 15 PM 5:33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

REGGIE BROWN, et al.,

      Plaintiffs,

vs.

OFFICER ARTHUR SEASE, IV, et al.,

      Defendants.

Civ. No. 05-2419-D/P

## ORDER STAYING DISCOVERY

On September 15, 2005, the parties appeared before the court for a scheduling conference under Fed. R. Civ. P. 16(b). At the conference, defendant Sease made an oral motion to stay the scheduling conference and all discovery until after the parallel criminal case pending in state court against Sease is resolved. Sease stated that his criminal case has been reset for trial in January 2006. The plaintiff and co-defendant did not oppose the motion. The motion to stay is GRANTED.

The scheduling conference is reset to February 2, 2006, at 9:30 a.m., before **Magistrate Judge Tu M. Pham, Courtroom #6, Third Floor, 167 North Main, Memphis, Tennessee.** If Sease's criminal case is resolved prior to January 2006, counsel for Sease shall

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____



contact all counsel of the record and the undersigned to reset the scheduling conference for an earlier date.

IT IS SO ORDERED.

*[signature]*
TU M. PHAM
United States Magistrate Judge

September 15, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02419 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 336
Memphis, TN 38103

Henry L. Klein
125 North Main
Rm 336
Memphis, TN 38103

John Houser Parker
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT